IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-07-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JEFF ALLEN TRASK, CHASE RYAN STORLIE, HECTOR RICARDO GONZALEZ, and CHRISTIAN JESUS RUIZ, | |
| Defendants. | |

The United States has moved for a final order of forfeiture. Nothing in the motion indicates compliance with L.R. CR 47.1(a) and (b).

ORDERED:

The United States' Motion for Final Order of Forfeiture[1] is DENIED without prejudice for failure to comply with L.R. CR 47.1. The United States may resubmit the motion in proper form.

DATED this 12th day of March, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 248.