IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
MAR 2 3 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-07-H-SEH |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| vs. | |
| JEFF ALLEN TRASK, CHASE RYAN STORLIE, HECTOR RICARDO GONZALEZ, and CHRISTIAN JESUS RUIZ, | |
| Defendants. | |

This matter comes before the Court on the United States' Amended Unopposed Motion for Final Order of Forfeiture.[1] Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 881(a)(11);

2. A Preliminary Order of Forfeiture was entered on September 11, 2017;[2]

---

[1] Doc. 250.

[2] 197.

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears to be cause to issue a forfeiture order under 21 U.S.C. § 881(a)(11);

It is therefore ORDERED:

1. The Amended Unopposed Motion for Final Order of Forfeiture[3] is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C § 881(a)(11), free from the claims of any other party:

| MT DCI Investigation Number | Item Description |
| --- | --- |
| N3-17-01-09 | DPMS AR-15 rifle, S/N FFH063536 |
| N3-17-01-09 | Fabrique National 9mm semi-automatic pistol, S/N 37063 |
| N3-17-01-03 | Bushmaster AR15 .223 rifle, S/N BFI436878 |
| N3-17-01-03 | Colt MK IV 80 Officer ACP .45 caliber pistol, S/N FA28824 |
| N3-17-01-10 | Taurus PT 840 .40 caliber pistol, S/N SJN82358 |

3. The United States shall have full and legal title to the forfeited

---

[3] Doc. 250.

property and may dispose of it in accordance with law.

DATED this 23rd day of March, 2018.

SAM E. HADDON
United States District Judge