# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF ALLEN TRASK,<br>CHASE RYAN STORLIE,<br>HECTOR RICARDO GONZALEZ,<br>and CHRISTIAN JESUS RUIZ,<br><br>Defendants. | CR 17-07-H-SEH<br><br>**ORDER** |

On April 29, 2020, Defendant Jeff Allen Trask filed an Emergency Motion to Modify Imposed Term of Imprisonment under 18 U.S.C. § 3582(c)(1)(A)(i) and a brief in support.[1]  Trask seeks an order reducing his sentence to time served and to impose a sentence of supervised release equal to the eleven months remaining of his term of imprisonment.[2]  The United States opposes the motion.

---

[1] Docs. 277, 278.

[2] *See* Doc. 277 at 4.

A federal district court generally "may not modify a term of imprisonment once it has been imposed.'"[3]  18 U.S.C. § 3582(c)(1)(A) permits modification of a sentence "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility."

Section 3582's exhaustion requirements are mandatory.[4]  Trask has not exhausted his administrative remedies or waited for a response from BOP for 30 days as required by § 3852(c)(1)(A).

ORDERED:

Defendant Trask's Opposed Emergency Motion to Modify Imposed Term of Imprisonment[5] is DENIED.

DATED this __8th__ day of May, 2020.

SAM E. HADDON
United States District Judge

---

[3] 18 U.S.C. § 3582(c); *see United States v. Rodriguez-Soriano*, 855 F.3d 1040, 1042 (9th Cir. 2017).

[4] *See See Shaw v. Bank of Am. Corp.*, 946 F.3d 533, 541 (9th Cir. 2019) ("statutorily-provided exhaustion requirements deprive the court of jurisdiction").

[5] Doc. 277.

-2-