IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF ALLEN TRASK,<br><br>Defendant. | Cause No. CR 17-07-H-SEH<br><br><br><br>ORDER |

Defendant Trask seeks release on bail pending appeal of this Court's denial of his motion under 18 U.S.C. § 3582(c)(1)(A) in light of the COVID-19 pandemic. Assuming such release is available, it is denied. Trask has not shown he is not likely to pose a danger to the community. *See* 18 U.S.C. § 3143(b)(1)(A); *see also* 18 U.S.C. § 3582(c)(1)(A); U.S.S.G. § 1B1.13(2); Presentence Report ¶¶ 20, 23–26, 40.

ORDERED:

Trask's motion for release pending appeal (Doc. 282) is DENIED.

DATED this 18th day of May, 2020.

*Sam G. Haddon*
Sam E. Haddon
United States District Court